274 U.S. 715
 47 S.Ct. 585
 71 L.Ed. 1318
 Andrew W. MELLON, as Director General of Railroads, petitioner,
v.
Leah M. GRAY, Administratrix of the ESTATE OF Glen E. GRAY.
 No. 280.
 Supreme Court of the United States.
 April 25, 1927.
 
 Messrs. Shurtleff, Oakes & Hinkley, of Lancaster, N. H., and Charles H. Blatchford, of Portland, Me., for petitioner.
 Messrs. Hollis R. Bailey, of Boston, Mass., and Murchie & Murchie, of Concord, N. H. (Messrs. Alexander Murchie and Robert C. Murchie, both of Concord, N. H., of counsel), for respondent.
 PER CURIAM.
 
 
 1
 Reversed on the authority of Reading Company v. John L. Koons, Administrator, 271 U. S. 58, 46 S. Ct. 405, 70 L. Ed. 835.